**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**CARISA JOHNSON,**

**Plaintiff,**

**v.**

**GRUBB PROPERTIES, LLC and GRUBB MANAGEMENT, LLC,**

**Defendants.**

**CIVIL ACTION NO.:**

**2:25-cv-02452-SHL-tmp**

**JURY DEMAND**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Carisa Johnson, by and through her undersigned counsel, and Defendants Grubb Properties, LLC and Grubb Management, LLC ("Defendants"), by and through their undersigned counsel (collectively referenced as the "Parties"), and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil procedure that this action, and each and every count and claim asserted therein, be dismissed **with prejudice**, each party to bear their own costs, expenses and fees.

In support of this Joint Stipulation of Dismissal, the parties attach hereto a Proposed Agreed Order of Dismissal.

Respectfully Submitted this 29th day of April 2026,

**The Steve Wilson Firm**

By: s/ Steve Wilson
Steve Wilson (TN Bar No. 028460)
steve@stevewilsonfirm.com
5100 Poplar Ave., Ste. 2700
Memphis, TN 38137
Telephone: (901) 337-1300
Facsimile: (901) 372-1446
*Attorney for Plaintiff*

**The Gulotta Firm, PLLC**

By: s/ Matt Gulotta
Matt Gulotta (TN Bar No. 028194)
matt@gulottalaw.net
202 Adams Ave.
Memphis, TN 38103
Telephone: (901) 213-6648
Facsimile: (901) 424-1296
*Attorney for Plaintiff*

**CHARTWELL LAW**

By: s/Everett L. Hixson III
Everett L. Hixson III (TN Bar No. 033345)
rhixson@chartwelllaw.com
100 W. Martin Luther King Blvd, Suite 300
Chattanooga, TN 37402
Telephone: (423) 910-2200
Facsimile: (423) 373-1435
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon the parties listed below via CM/ECF on this April 29, 2026:

| | |
|---|---|
| Steve Wilson, Esq.<br>The Steve Wilson Firm<br>5100 Poplar Ave., Ste. 2700<br>Memphis, TN 38137<br>steve@stevewilsonfirm.com | Matt Gulotta, Esq.<br>The Gulotta Firm, PLLC<br>202 Adams Ave.<br>Memphis, TN 38103<br>matt@gulottalaw.net |

**CHARTWELL LAW**

By:s/Everett L. Hixson III