***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***WESTERN DIVISION***

---

**CARISA JOHNSON,**

**JUDGMENT IN A CIVIL CASE**

**Plaintiff,**

**v.**

**GRUBB PROPERTIES, LLC;**
**GRUBB MANAGEMENT, LLC,**

**No. 2:25-cv-02452-TMP**

**Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

IT IS SO ORDERED AND ADJUDGED that pursuant to the Agreed Order Of Dismissal entered on April 29, 2026, this case is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

**s/ Tu M. Pham**
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

**April 29, 2026**
**DATE**

**WENDY R. OLIVER**
**Clerk of Court**

**s/ Terry Haley**
**(By) Deputy Clerk**